IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| ROBERT EARL EDWARDS, JR., | * | |
| Petitioner, | * | |
| vs. | * | CASE NO. 4:03-CR-23 |
| UNITED STATES OF AMERICA, | * | CASE NO. 4:05-CV-144 |
| | | 28 U.S.C. § 2255 |
| Respondent. | * | |
| | * | |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on December 16, 2005, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 27th day of February, 2006.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE